UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL d/b/a Orthopaedic Institute For Children,<br><br>                                 Plaintiff,<br><br>v.<br><br>DJO GLOBAL, INC. and DJO FINANCE LLC,<br><br>                                 Defendants. | Case No.: 19-CV-970 JLS (WVG)<br><br>**ORDER REGARDING HEARING**<br><br>(ECF Nos. 88, 109) |

Presently before the Court is Plaintiff Orthopaedic Hospital's Motion for Partial Summary Judgment (ECF No. 88) and Defendants' Cross Motion for Summary Judgment (ECF No. 109). The Court will hold the November 19, 2020 hearing on these Motions by video. The Parties must contact the Courtroom Deputy by email at alex_ramos@casd.uscourts.gov for access information. If visual aids will be used during

///

///

///

///

///

the hearing, the Court requests that the Parties provide hard copies or lodge electronic copies with the Court at least two hours before the hearing.

**IT IS SO ORDERED**

Dated: November 13, 2020

Hon. Janis L. Sammartino
United States District Judge