UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL,<br><br>                              Plaintiff,<br><br>v.<br><br>DJO GLOBAL, INC. and DJO FINANCE, LLC,<br><br>                             Defendants. | Case No.: 3:19-cv-00970-JLS-AHG<br><br>**ORDER REGARDING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[ECF No. 107]** |

On October 1, 2020, Defendants DJO Global, Inc. and DJO Finance, LLC's ("Defendants") filed a Motion to File Documents Under Seal. ECF No. 107. Defendants seek to file under seal Exhibits D and E of the pending Joint Motion for Resolution of Discovery Dispute (ECF No. 106).

As explained in this Court's Civil Pretrial Procedures, the Court closely scrutinizes requests to file information under seal and only grants them "if a specific showing is made that justifies sealing." Here, Defendants provide no argument in support of the motion other than to explain that the exhibits have been designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order (ECF No. 43) by Plaintiff Orthopaedic Hospital ("Plaintiff"). ECF No. 107 at 2.

///

If Plaintiff wishes to have these documents filed under seal, Plaintiff must submit a declaration supporting this request on or before **November 27, 2020**. If Plaintiff does not explain in detail why these documents should be sealed, Defendants' motion to seal will be denied.

**IT IS SO ORDERED.**

Dated:  November 20, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge