UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL d/b/a Orthopaedic Institute For Children,<br><br>                                     Plaintiff,<br>v.<br>DJO GLOBAL, INC. and DJO FINANCE LLC,<br>                                     Defendants. | Case No.: 19-CV-970 JLS (WVG)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER MODIFYING BRIEFING SCHEDULE**<br><br>(ECF No. 146) |

      Presently before the Court are Defendants DJO Global, Inc. and DJO Finance LLC's *Ex Parte* Application for Order Modifying Briefing Schedule (ECF No. 146) and Plaintiff Orthopaedic Hospital's Opposition to Defendants' Application (ECF No. 147). Defendants requests the Court amend the briefing schedule for Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 145) to allow Defendants an additional week to respond to the Motion due to the Christmas and New Year's holidays (ECF No. 146 at 1). Under the present schedule, Defendants' response is due on January 7, 2021 (ECF No. 146 at 1). Plaintiff opposes the request and argues that "an extension should be unnecessary" because Defendants were on notice that Plaintiff planned to file the present Motion (ECF

///

No. 147 at 1). The Court finds that Defendants' requested extension is modest and will not affect any other case deadlines.

Good cause appearing, the Court **GRANTS** Defendants' Motion (ECF No. 146). The Court **CONTINUES** the hearing on Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 145) to **January 28, 2021, at 1:30 p.m**.

The Court sets the briefing on Plaintiff's Motion for Leave to File an Amended Complaint as follows:

- Defendants' response to the Motion shall be filed **on or before January 14, 2021**; and
- Plaintiff's reply in support of the Motion, if any, shall be filed **on or before January 21, 2021**.

**IT IS SO ORDERED.**

Dated: December 28, 2020

Hon. Janis L. Sammartino
United States District Judge