UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL d/b/a Orthopaedic Institute For Children,<br><br>          Plaintiff,<br><br>v.<br><br>DJO GLOBAL, INC. and DJO FINANCE LLC,<br><br>          Defendants. | Case No.: 19-CV-970 JLS (WVG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 145) |

Presently before the Court is Plaintiff Orthopaedic Hospital's Motion for Leave to File Amended Complaint (ECF No. 145).  On its own motion, the Court **VACATES** the hearing scheduled for January 28, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 21, 2021

Hon. Janis L. Sammartino
United States District Judge