UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DJO GLOBAL, INC. and DJO FINANCE, LLC,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:19-cv-00970-JLS-AHG<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

This matter comes before the Court pursuant to an emailed request to chambers for intervention in a discovery dispute regarding Plaintiff's contention that Defendants have engaged in sanctionable discovery conduct. To address the dispute, the Court **SETS** a Telephonic Discovery Conference on **February 11, 2021** at **3:30 p.m.** Counsel shall call the chambers teleconference line at **1-877-873-8018** and use access code **8367902** to join the conference.

**IT IS SO ORDERED.**

Dated:  February 10, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge