1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DJO GLOBAL, INC. and DJO FINANCE, LLC,<br><br>　　　　　　　Defendants. | Case No.: 3:19-cv-00970-JLS-AHG<br><br>**ORDER:**<br><br>**(1) SETTING DEADLINE TO LODGE PROPOSED STIPULATIONS WITH THE COURT VIA JOINT EMAIL; and**<br><br>**(2) SETTING BRIEFING SCHEDULE AND HEARING ON DISCOVERY MOTION** |

The Court held a Telephonic Discovery Conference in this matter on February 11, 2021 before the Honorable Allison H. Goddard, to discuss the parties' dispute regarding "clarified" discovery responses served by Defendants DJO Global, Inc. and DJO Finance, LLC ("Defendants") on December 24, 2020, and Plaintiff Orthopaedic Hospital's ("Plaintiff") desire to seek sanctions related to those responses. ECF No. 155.

As discussed during the conference, the Court will set the dispute on two separate tracks in an effort to reach a resolution. Accordingly, it is **ORDERED** as follows:

(1) No later than **February 17, 2021**, the parties must submit a **joint** email to chambers at efile_goddard@casd.uscourts.gov. The email must outline each side's proposed version of a stipulation to resolve the dispute at issue, and must highlight the areas of difference for the Court's review. The Court will respond with a **non-binding** proposed stipulation for the parties' consideration to resolve the dispute without motion practice.

(2) In the meantime, the Court sets the following briefing schedule for the parties to brief the dispute:

   a. Plaintiff may file a motion seeking sanctions in connection with the dispute at issue by **March 5, 2021**.

   b. Defendants' opposition is due by **March 19, 2021**;

   c. Plaintiff's reply is due by **March 26, 2021**.

(3) The Court **SETS** a hearing on the motion for **April 2, 2021** at **9:30 a.m.**

Due to the COVID-19 public emergency, the motion hearing will take place via **videoconference**. To facilitate this modification, the Court hereby **ORDERS** as follows:

1. The Court will use its official Zoom videoconferencing account to hold the motion hearing on the Motion to Amend. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website

1  (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1]
2  Joining a Zoom conference does not require creating a Zoom account, but it does require
3  downloading the .exe file (if using a computer) or the app (if using a mobile device).
4  Participants are encouraged to create an account, install Zoom and familiarize themselves
5  with Zoom in advance of the hearing.[2] There is a free option for creating a Zoom account.

6       2.    No later than **March 26, 2021**, counsel for the parties must send an email to
7  the Court at efile_goddard@casd.uscourts.gov identifying the names, titles, and email
8  addresses of all participants from their side. The Court will send the Zoom invitation to all
9  participants the day before to the hearing.

10      3.    Because Zoom may quickly deplete the battery of a participant's device, each
11 participant should ensure that their device is plugged in or that a charging cable is readily
12 available during the videoconference. Again, if possible, participants are encouraged to use
13 laptops or desktop computers for the videoconference, as mobile devices often offer
14 inferior performance. Participants shall attend the hearing by following the ZoomGov
15 Meeting hyperlink in the invitation. **Participants who do not have Zoom already**
16 **installed on their device when they click on the ZoomGov Meeting hyperlink will be**
17 **prompted to download and install Zoom before proceeding**. Zoom may then prompt
18 participants to enter the password included in the invitation.

19      4.    Each participant should plan to join the Zoom videoconference **at least five**
20 **minutes before** the start of the hearing to ensure that the hearing begins promptly.

21 \\
22 \\

---

[1]  If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[2]  For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

The Court may, in its discretion, vacate the hearing and take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) if, after reviewing the briefing, it determines the matter to be suitable for determination without oral argument.

**IT IS SO ORDERED.**

Dated: February 12, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge