UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DJO GLOBAL, INC. and DJO FINANCE, LLC,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:19-cv-00970-JLS-AHG<br><br>**ORDER SETTING DISCOVERY VIDEOCONFERENCE** |

This matter comes before the Court pursuant to an emailed request to chambers for intervention in a discovery dispute regarding Plaintiff's supplementation of its privilege log in response to the Court's December 22, 2020 Order (ECF No. 144).

To address the dispute, the Court **SETS** a Discovery Videoconference on **March 4, 2021** at **3:00 p.m.** The Court will use its official Zoom video conferencing account to hold the discovery conference. All participants shall display the same level of professionalism during the conference and be prepared to devote their full attention as if they were attending in person.

Because the Court has previously held other hearings and conferences via Zoom in this case, the Court expects counsel to be familiar with the technical requirements of attending via Zoom. The Court will send an invitation to the videoconference all counsel via email and will provide any further instructions as may be necessary in the email.

**IT IS SO ORDERED.**

Dated: February 25, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge