UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL,<br><br>                        Plaintiff,<br>v.<br><br>DJO GLOBAL, INC. and DJO FINANCE, LLC,<br><br>                        Defendants. | Case No.: 3:19-cv-00970-JLS-AHG<br><br>**ORDER:**<br><br>**(1) SETTING BRIEFING SCHEDULE AND HEARING ON DISCOVERY MOTION; and**<br><br>**(2) REQUIRING PARTIES TO CONTINUE MEET-AND-CONFER EFFORTS** |

      The Court held a Discovery Videoconference in this matter on March 4, 2021 before the Honorable Allison H. Goddard, to discuss the parties' dispute regarding Plaintiff Orthopaedic Hospital's ("Plaintiff") supplementation of its privilege log and supplemental production, and related discovery that Defendants DJO Global, Inc. and DJO Finance, LLC ("Defendants") contend is still being improperly withheld or redacted based on Defendants' review of the supplementation. ECF No. 161.

      The Court sets the following briefing schedule for the parties to brief the dispute:

      (1) Defendants may file a motion to compel by **March 25, 2021**.

(2) Plaintiff's opposition is due by **April 8, 2021**;

(3) Defendants' reply is due by **April 15, 2021**.

(4) The Court **SETS** a hearing on the motion for **April 22, 2021** at **1:30 p.m.**

As it has with previous hearings, the Court will use its official Zoom videoconferencing account to hold the motion hearing on the motion to compel. The Court assumes the parties' familiarity with the technical aspects of attending hearings via Zoom at this point. No later than **April 19, 2021**, counsel for the parties must send an email to the Court at efile_goddard@casd.uscourts.gov identifying the names, titles, and email addresses of all participants from their side. The Court will send the Zoom invitation to all participants the day before to the hearing.

The Court may, in its discretion, vacate the hearing and take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) if, after reviewing the briefing, it determines the matter to be suitable for determination without oral argument.

Finally, the parties are **ORDERED** to continue meeting and conferring regarding Plaintiff's supplementation to try to reach an informal resolution of the dispute at hand prior to Defendants' motion filing deadline.

**IT IS SO ORDERED.**

Dated: March 5, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge