UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL d/b/a Orthopaedic Institute For Children,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DJO GLOBAL, INC. and DJO FINANCE LLC,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-970 JLS (WVG)<br><br>**ORDER (1) APPROVING JOINT STIPULATION REGARDING ENTITIES ISSUE AND (2) DENYING AS MOOT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>(ECF No. 145, 160) |

　　　Presently before the Court is Plaintiff Orthopaedic Hospital, Defendants DJO Global, Inc. and DJO Finance LLC, and non-parties DJO, LLC and Encore Medical, L.P.'s (collectively, "Parties") Joint Motion for Approval of Stipulation Regarding Entities Issue ("Joint Stipulation," ECF No. 160). The Parties have agreed that Plaintiff may substitute Encore Medical, L.P. for Defendants DJO Global, Inc. and DJO Finance LLC. Good cause appearing, the Court **APPROVES** the Joint Stipulation. The Court incorporates the Joint Stipulation in full into this Order.

　　　As stipulated by the Parties, Plaintiff will file the Amended Complaint (ECF No. 160-1) naming only Encore Medical, L.P. as a named defendant in this action. The Amended Complaint will be deemed to relate back to the date of filing the Original

1  Complaint (ECF No. 1).  In light of the Parties' Joint Stipulation, Plaintiff's Motion for
2  Leave to File an Amended Complaint (ECF No. 145) is **DENIED AS MOOT**.
3       **IT IS SO ORDERED.**
4  Dated:  March 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge