UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL,<br><br>        Plaintiff,<br><br>v.<br><br>DJO GLOBAL, INC. and DJO FINANCE, LLC,<br><br>        Defendants. | Case No.:  3:19-cv-00970-JLS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO RESET MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 229]** |

  This matter comes before the Court on the parties' Joint Motion to Reset Mandatory Settlement Conference. ECF No. 229. The parties request that the Court reset the Mandatory Settlement Conference ("MSC") from August 27 to August 19, 2021, to accommodate the availability of all necessary participants. *Id.*

  Good cause appearing, the motion is **GRANTED**. The MSC is hereby **RESET** for **August 19, 2021** at **11:00 a.m.** before Magistrate Judge Allison H. Goddard.

  The MSC will take place via **videoconference**. The Court issues the following mandatory procedures to govern the videoconference:

  1. Plaintiff must serve on Defendant a **written** settlement proposal, which must include a specific demand amount, no later than **July 29, 2021**. The defendant must respond to the plaintiff **in writing** with a specific offer amount prior to the Meet and

Confer discussion. The parties should not file or otherwise copy the Court on these exchanges. Rather, the parties must include their written settlement proposals in their respective Settlement Conference Statements to the Court.  Counsel for the parties must meet and confer in person or by phone no later than **August 5, 2021**. Each party must prepare a Settlement Conference Statement, which will be served on opposing counsel and lodged with the Court no later than **August 12, 2021**. The Statement must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed).  The substance of the Settlement Conference Statement must comply fully with Judge Goddard's Mandatory Settlement Conference Rules (located at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Mandatory%20Settlement%20Conference%20Rules.pdf).  Each party may also prepare an **optional** Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **August 12, 2021**.  The Letter must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed).  Should a party choose to prepare a Letter, the substance of the Settlement Conference Letter must comply fully with Judge Goddard's Mandatory Settlement Conference Rules.  **All parties are ordered to read and to fully comply with the Chambers Rules and Mandatory Settlement Conference Rules of Magistrate Judge Allison H. Goddard.**

2. The Court will use its official Zoom account to hold the Settlement Conference. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app. Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the Settlement Conference.[1] There is a

---

[1] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

cost-free option for creating a Zoom account.

2. No later than **August 12, 2021**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing the following:

    a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b. An **email address for each participant** to receive the Zoom video conference invitation; and

    c. A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the MSC to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

3. At least one business day before the MSC, the Court will email each participant an invitation to join a Zoom videoconference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the MSC to ensure that it begins promptly.

4. Zoom's functionalities will allow the Court to conduct the Settlement Conference as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms. In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. All participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person, i.e., cannot be driving while speaking to the Court. Counsel must appear in professional attire. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

**IT IS SO ORDERED.**

Dated: June 11, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge