UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL d/b/a Orthopaedic Institute For Children,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE MEDICAL L.P.,<br><br>Defendant. | Case No.: 19-CV-970 JLS (AHG)<br><br>**ORDER GRANTING MOTION TO WITHDRAW PLAINTIFF'S COUNSEL OF RECORD PAUL SCHOENHARD AND NICOLE JANTZI**<br><br>(ECF No. 285) |

Presently before the Court is a Motion to Withdraw Plaintiff's Counsel of Record Paul Schoenhard and Nicole Jantzi ("Mot.," ECF No. 285). Paul Schoenhard and Nicole Jantzi seek to withdraw as counsel of record for Plaintiff Orthopaedic Hospital. Other counsel of record from McDermott Will & Emery will continue to represent Plaintiff in this case, and Mr. Schoenhard and Ms. Jantzi aver that the withdrawal will not cause any prejudice or delay in this case. Mot. at 3–4. Good cause appearing, the Court **GRANTS** the Motion. The Clerk of Court will update the docket to reflect the withdrawal of Paul

///

///

Schoenhard and Nicole Jantzi and remove their names from the CM/ECF electronic service list.

**IT IS SO ORDERED.**

Dated: January 21, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge