UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL d/b/a Orthopaedic Institute For Children,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE MEDICAL, L.P.,<br><br>Defendant. | Case No.: 19-CV-970 JLS (WVG)<br><br>**ORDER GRANTING MOTION TO WITHDRAW COUNSEL FOR DEFENDANT**<br><br>(ECF No. 301) |

Presently before the Court is a Motion to Withdraw Brianne Straka, Steven Cherny, John Poulos, and William Odom as Counsel for Defendant. (ECF No. 301.) Brianne Straka, Steven Cherny, John Poulos, and William Odom, attorneys for Defendant Encore Medical, L.P., seek to withdraw as counsel. Defendant Encore Medical, L.P. will continue to be represented by its lead counsel, Lazar Raynal, who is now with the firm King & Spaulding. Good cause appearing, the Court **GRANTS** the Motion. The Clerk of Court

///

///

///

///

1

1  will update the docket to reflect the withdrawal of Ms. Straka and Messrs. Cherny, Poulos,
2  and Odom and remove their names from the CM/ECF electronic service list.
3      **IT IS SO ORDERED.**
4  Dated: March 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge